UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| GENEROSO VELASQUEZ SALAZAR,<br><br>Petitioner,<br><br>vs.<br><br>**GEORGE DEDOS, WARDEN**, CIBOLA COUNTY CORRECTIONAL CENTER<br><br>**MARY DE ANDA-YBARRA,** DIRECTOR OF EL PASO FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;<br><br>**KRISTI NOEM,** SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY; AND<br><br>**PAM BONDI,** ATTORNEY GENERAL OF THE UNITED STATES,<br><br>IN THEIR OFFICIAL CAPACITIES,<br><br>Respondents | Case No.: 1:25-cv-00835-DHU-JMR<br><br>TEMPORARY RESTRAINING ORDER |

**TEMPORARY RESTRAINING ORDER**

Upon consideration of Petitioner's Emergency Motion for a Temporary Restraining Order, and for good cause shown, the Court finds that Petitioner has demonstrated a likelihood of success on the merits of his habeas petition, that he will suffer irreparable harm in the absence of injunctive relief, and that the balance of equities and public interest weigh in his favor.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondents are enjoined from transferring Petitioner to any facility outside the District of New Mexico during the pendency of this habeas action;

2. Respondents and their agents are further enjoined from removing or otherwise transferring Petitioner outside of the United States while this habeas petition is pending; and

3. This Order shall remain in effect until further order of the Court, and the Court retains jurisdiction to enforce and modify this Order as appropriate.

IT IS SO ORDERED.

_____
HONORABLE DAVID H. URIAS
UNITED STATES DISTRICT JUDGE